**No. 11-6903. Maximilian Jaroslav Dohnal, Petitioner v. Texas.**

565 U.S. 1119, 132 S. Ct. 1012, 181 L. Ed. 2d 749, 2012 U.S. LEXIS 383.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

**No. 11-6904. Reyes Cabrera, Petitioner v. Michael McCall, Warden.**

565 U.S. 1119, 132 S. Ct. 1012, 181 L. Ed. 2d 749, 2012 U.S. LEXIS 319.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 234.

**No. 11-6905. Anthony Evans, Petitioner v. Robert Kirkpatrick, Superintendent, Wende Correctional Facility.**

565 U.S. 1119, 132 S. Ct. 1012, 181 L. Ed. 2d 749, 2012 U.S. LEXIS 225.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-6918. Nicholas Valdez, Petitioner v. Kevin Milyard, Warden, et al.**

565 U.S. 1119, 132 S. Ct. 1012, 181 L. Ed. 2d 749, 2012 U.S. LEXIS 192.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 434 Fed. Appx. 744.

**No. 11-6919. Charles E. Walker, Petitioner v. Ken Clark, Warden.**

565 U.S. 1119, 132 S. Ct. 1013, 181 L. Ed. 2d 749, 2012 U.S. LEXIS 198.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6923. Andre Terrelle Bartee, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1119, 132 S. Ct. 1013, 181 L. Ed. 2d 749, 2012 U.S. LEXIS 381,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6934. Jerome Phillips, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

565 U.S. 1119, 132 S. Ct. 1013, 181 L. Ed. 2d 749, 2012 U.S. LEXIS 226.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.